# Exhibit 1

# Airlink Aviation Group LLC

A/P Aging Detail

As of April 18, 2022

| DATE | TRANSACTION TYPE | NUM | VENDOR | DIVISION | DUE DATE | PAST DUE | AMOUNT | OPEN BALANCE |
|---|---|---|---|---|---|---|---|---|
| 91 or more days past due | | | | | | | | |
| 06/26/2021 | Bill | C216572 | Integra Aircraft Sales, LLC (PT 135 USAGE) | | 06/26/2021 | 292 | 6,100.00 | 6,100.00 |
| 08/09/2021 | Bill | C216568 | Integra Aircraft Sales, LLC (PT 135 USAGE) | | 08/31/2021 | 230 | 9,300.00 | 9,300.00 |
| 08/16/2021 | Bill | C216667 | Integra Aircraft Sales, LLC (PT 135 USAGE) | | 08/31/2021 | 230 | 5,500.00 | 5,500.00 |
| 08/22/2021 | Bill | C216676 | Integra Aircraft Sales, LLC (PT 135 USAGE) | | 08/31/2021 | 230 | 7,700.00 | 7,700.00 |
| **Total for 91 or more days past due** | | | | | | | **$28,600.00** | **$28,600.00** |
| **TOTAL** | | | | | | | **$28,600.00** | **$28,600.00** |

**Airlink Aviation Group LLC**

6320 Highland Road
Waterford, MI  48327 US
248-886-8870
ap@airlinkgrp.com



## INVOICE

| BILL TO | | INVOICE | MX212155MT |
|---|---|---|---|
| Z-Integra Aircraft Sales LLC | | DATE | 04/30/2021 |
| 725 SE Riverside Drive | | TERMS | Due on receipt |
| Stuart, FL  34994 | | DUE DATE | 04/30/2021 |

| AIRCRAFT | WORK ORDER |
|---|---|
| N275MT | 2155-MT |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Maintenance<br>ITEM 1<br>04-01-21 thru 04-30-21<br>Aircraft records and compliance updates due.<br>Comply with aircraft records and compliance updates.  Reviewed due list. | 3.75 | 49.00 | 183.75 |
| Maintenance<br>ITEM 2<br>Navigation updates due.<br>Comply with monthly navigation updates. | 2 | 98.00 | 196.00 |
| Maintenance<br>ITEM 3<br>Steering pulls right.<br>Inspected exterior of nose strut, steering unit and tires.  No defects noted.  Jacked aircraft, opened avionics bay, detached nose scissors.  Performed functional test of nose wheel steering and control systems.  No faults noted on electronic control unit.  Hydraulic actuation observed normal thru full parameters.  Resassembled avionics bay, scissor links and down jacked aircraft. | 14.50 | 98.00 | 1,421.00 |
| Maintenance<br>ITEM 4<br>Functional test horizontal stabilizer trim actuator due.<br>Performed 600 hour functional test of the HSTA brake.  No defects noted. | 1.50 | 98.00 | 147.00 |
| Maintenance<br>ITEM 5<br>AOA transducer check due.<br>300 hour functional test of the left #1 and right #2 AOA transducer linearity.  The AMOC allows the use of the SBs and the current TLMC to meet the requirements of the AD next due AFTT. | 4.50 | 98.00 | 441.00 |
| Maintenance<br>ITEM 6<br>#4 main wheel assembly due overhaul.<br>Main wheel sent out for overhaul.  Received wheel assemblies and installed on aircraft. | 1 | 98.00 | 98.00 |

| | | | |
|---|---|---|---|
| Parts -5009027-1  Main Wheel Assembly  S/N: FEB89-0066 | 1 | 3,595.08 | 3,595.08T |
| Maintenance<br>ITEM 7<br>Sealant required on fore and AFT fuselage chin fairings.<br>Tape and prep fore/AFT fairings.  Applied three tubes of sealant on fore/AFT fairings and<br>white paint on sealant.  Cleaned areas on and around aircraft. | 22 | 98.00 | 2,156.00 |
| Parts - CS3204-B1/2  Sealant | 1 | 14.62 | 14.62T |
| Maintenance<br>ITEM 8<br>Sealant required on trust reverser pylon panels.<br>Cleaned sealant from panels, scrapped airframe side and cleaned.  Masked seams, applied<br>sealant and faired.  Removed masking and cleaned areas. | 3 | 98.00 | 294.00 |
| Parts - CS3204-B1/2  Sealant | 2 | 14.62 | 29.24T |
| Maintenance<br>ITEM 9<br>Nose landing gear hardware has mild corrosion.<br>Removed rust from hardware and coated with AV-8 inhibitor.  Removed corrosion<br>mechanically with scotchbright in several locations.  Coated with AV-8 for protection. | 2.50 | 98.00 | 245.00 |
| Maintenance<br>ITEM 10<br>Left and right main landing gear hardware has mild corrosion.<br>Removed corrosion with bristle brush and scotch brite in areas where needed.  Coated areas<br>with AV-8 inhibitor in several areas.  Left and right main gear and wells. | 3 | 98.00 | 294.00 |
| Maintenance<br>ITEM 11<br>Return H20 system to normal operation and replace filter.<br>Drained winterization fluid from storage cans.  Serviced with fresh water and reinstalled.<br>Rinsed water lines by operation of hot and cold faucets.  Replaced water filter and reserviced<br>storage tanks.  Operation and leak check of water system good. | 5.50 | 98.00 | 539.00 |
| Parts - MP-2AX  Water Filter Cartridge | 1 | 57.50 | 57.50T |
| Maintenance<br>ITEM 12<br>Entry door top step tread peeling.<br>Re-adhered step tread with black silicone.  Allowed to cure and removed tape. | 1 | 98.00 | 98.00 |
| Maintenance<br>ITEM 13<br>Left inboard and outboard anti-skid lights inoperable.<br>Complied with antiskid indicator check.  Removed bulbs, found two are bad.  Replaced with<br>new and operational check good. | 1.50 | 98.00 | 147.00 |
| Parts - GE327  Bulb | 2 | 0.55 | 1.10T |
| Maintenance<br>ITEM 14<br>#3 main tire worn.<br>Removed main wheel assembly and installed overhauled unit into position.  Torqued and<br>saftied.  Serviced with nitrogen to upper limit. | 3 | 98.00 | 294.00 |
| Outside Maintenance<br>Labor - | 1 | 3,687.53 | 3,687.53 |

Main Wheel Assy
PN# 5009029-1
SN# MAY90-0257
Overhaul with new tire

| | | | |
|---|---|---|---|
| Maintenance<br>ITEM 15<br>LH engine lower core cowl attach pins, safety broken.<br>Repaired with safety wire through pin hole and lanyard in AFT two positions.  Closed up<br>cowls. | 1 | 98.00 | 98.00 |
| Maintenance<br>ITEM 16<br>LH thrust reverser unlocked light on in cockpit.<br>Manually operated thrust reverser PDU through range of motion, observed normal operation<br>and light sequencing.  At the end of manual operated noted left thrust reverser unlocked light<br>extinguish.  Closed cowlings. | 1.50 | 98.00 | 147.00 |
| Maintenance<br>ITEM 17<br>30 day fire extinguisher inspection due, April 2021.<br>Removed inspected and weighed.  Checked cocpit 1 and cockpit 2 cabin fire extinguishers. | 2 | 98.00 | 196.00 |
| Maintenance<br>ITEM 18<br>Parts - Additional billing for over and above charges for Thrust Reverser Pneumatic Drive<br>Unit | 1 | 6,618.00 | 6,618.00 |
| ITEM 19<br>04-01-21<br>Cleaned cabin, galley, LAV, shopped for new stock and supplies.  Restocked and organized<br>galley and Lav.  Took pictures and worked on Book of Standards for line service.  (MR) | 11 | 49.00 | 539.00 |
| ITEM 20<br>04-02-21<br>Postflight fluids and pressure checks | 1.50 | 98.00 | 147.00 |
| O2 Service | 1 | 35.00 | 35.00T |
| Exxon 2380 - Quart | 1 | 22.08 | 22.08T |
| Cleaned interior and exterior of aircraft as required | 2 | 49.00 | 98.00 |
| Serviced Lavatory | 1 | 35.00 | 35.00 |
| ITEM 21<br>04-05-21<br>Postflight fluids and pressure checks | 1.50 | 98.00 | 147.00 |
| ITEM 22<br>04-07-21<br>Cleaned interiorm carpet stain with carpet cleaner of aircraft as required | 2 | 49.00 | 98.00 |
| ITEM 23<br>04-15-21<br>Postflight fluids and pressure checks | 1.50 | 98.00 | 147.00 |
| O2 Service | 1 | 35.00 | 35.00T |
| ITEM 24 | 2 | 98.00 | 196.00 |

04-21-21
Postflight fluids and pressure checks

| | | | |
|---|---|---|---|
| O2 Service | 1 | 35.00 | 35.00T |
| | | | |
| ITEM 25 | 1 | 98.00 | 98.00 |
| 04-30-21 | | | |
| Postflight fluids and pressure checks | | | |
| | | | |
| O2 Service | 1 | 35.00 | 35.00T |
| | | | |
| ITEM 26 | 1.50 | 98.00 | 147.00 |
| 04-30-21 | | | |
| Postflight fluids and pressure checks | | | |
| | | | |
| Consumables - 3% of Labor | 1 | 249.18 | 249.18T |

Thank you for your business!

| | |
|---|---|
| SUBTOTAL | 23,061.08 |
| TAX | 246.53 |
| TOTAL | 23,307.61 |
| | |
| BALANCE DUE | **$23,307.61** |

**Airlink Aviation Group LLC**

8320 Highland Road
Waterford, MI  48327 US
248-886-8870
ap@airlinkgrp.com



## INVOICE

| BILL TO | | INVOICE | MX212171MT |
|---|---|---|---|
| Z-Integra Aircraft Sales LLC | | DATE | 05/31/2021 |
| 725 SE Riverside Drive | | TERMS | Due on receipt |
| Stuart, FL  34994 | | DUE DATE | 05/31/2021 |

| AIRCRAFT | WORK ORDER |
|---|---|
| N275MT | 2171-MT |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Maintenance<br>ITEM 1<br>05-01-21 thru 05-31-21<br>Aircraft records and compliance updates due.<br>Complied with aircraft records, compliance updates and 8130 forms. | 1 | 49.00 | 49.00 |
| Maintenance<br>ITEM 2<br>Navigation updates due.<br>Complied with monthly navigation updates. | 2 | 98.00 | 196.00 |
| Maintenance<br>ITEM 3<br>Remove WI-FI unit for upgrade.<br>Gained access in forward compartment.  Removed unit.  Capped and stowed plugs and wires.  Closed up access.  Research and locate ATG 5000 wire schematics for contact.  Installed by outside maintenance.   Ran aircraft and systems.  Checked for WI-Fi signal in cockpit and cabin.  Normal signal acquired.  Shut down aircraft. | 8.50 | 98.00 | 833.00 |
| Outside Maintenance<br><br>Per Sandie invoice is not ready | 1 | 0.00 | 0.00 |
| Maintenance<br>ITEM 4<br>NDT lower center wing panel access due.<br>Removed lower wing panels for access.  NDT completed by outside vendor and reinstalled panels.  Sealaed and touched up paint. | 5 | 98.00 | 490.00 |
| Outside Maintenance<br>NDT Service - Fuel Access Hole<br>57-30-00-141 | 1 | 388.13 | 388.13 |
| Parts - CS3204 B-1/2   Sealant | 1 | 14.62 | 14.62T |
| Maintenance | 7 | 98.00 | 686.00 |

ITEM 5
Cabin temp control cockpit inoperable.
Adjusted VIP seat STP to prevent seat from resting on divan armrest, blocking cabin temp sensor. Ran aircraft and opened air cycle units. Operated cabin and cockpit environmental systems. Hot and cold parameters met when directed with cockpit knobs. Turned off ACMS, bleed air and aircraft systems.

| | | | |
|---|---|---|---|
| Maintenance | 10.50 | 98.00 | 1,029.00 |

ITEM 6
Recepticle right side forward of divan inoperable.
Removed side panel, checked connections. Checked fuse at cannon plug, good. Opened avionics floor for converter access. Lowered galley circuit breaker panel. Found 15 amp breaker intermittent. Searched aircraft for missing wires for divan outlet. Found stowed wires behind lower RH side panel for outlet. Reconnected wires with new terminal ends to outlet. Outlet operational check good. Opened avionics floor for converter access. Lowered galley avionics rack, removed, swapped out breaker. Reinstalled in upper galley. Operational check good.

| | | | |
|---|---|---|---|
| Parts - 2TC2-15 | 1 | 17.25 | 17.25T |
| Circuit Breaker | | | |
| | | | |
| Shipping | 1 | 26.20 | 26.20T |
| | | | |
| Maintenance | 5 | 98.00 | 490.00 |

ITEM 7
NDT and visual check fuel access hole.
Transferred fuel to AUX tank. Removed fuel access panel 500-EB. Scrapped sealant and cleaned land for inspection. NDT completed by outside labor. Cleaned and dried fuel panels and seals. Bedded land with sealant and allowed to tack. Reassembled fuel access panels. Retorqued perimeter screws the next day and leak checked by transferring fuel over the panel. No leaks noted. Transferred fuel back to right wing to a balanced condition.

| | | | |
|---|---|---|---|
| Outside Maintenance | 1 | 388.13 | 388.13 |
| NDT Service - Fuel Access Hole | | | |
| 57-30-00-401 | | | |
| | | | |
| Parts - CS3204 B-1/2 | 1 | 14.62 | 14.62T |
| | | | |
| Maintenance | 16.75 | 98.00 | 1,641.50 |

ITEM 8
Recepticle by coffee maker inoperable.
Removed galley panels and microwave. Tested wiring connections and output. Removed C.B. cover in upper galley, check voltage at breaker-unstable, replaced C.B. Inspected upper galley wiring. Disassembled galley lower section and followed wiring. Found broken wire at molex connector. Repaired wiring. Operational check good. Reassembled lower galley and upper galley around coffee maker. Cleaned areas.

| | | | |
|---|---|---|---|
| Parts - 6TC6-10 | 1 | 107.12 | 107.12T |
| Circuit Breaker | | | |
| | | | |
| Maintenance | 6.50 | 98.00 | 637.00 |

ITEM 9
Check avionics converter due.
Complied with check avionics converter. No defects noted. Reassembled galley and restored cabinetry.

| | | | |
|---|---|---|---|
| Maintenance | 4.50 | 98.00 | 441.00 |

ITEM 10
Passenger door ready light on at all times.
Passenger door light ready found unlit. Lamp check good. Performed operation of door open and closed. No door ready light noted. Inspected switch and actuation upon closure. No defects noted.

| | | | |
|---|---|---|---|
| Maintenance<br>ITEM 11<br>LH forward fuselage to wing fairing has large paint chips.<br>Chipped loose paint.  Sanded edges, masked filled voids, sanded and primed.  Prepped and painted areas with topcoat.  Cleaned up area. | 7 | 98.00 | 686.00 |
| Maintenance<br>ITEM 12<br>Left and right upper pylons have areas of missing paint.<br>Cleaned areas of left and right top pylons.  Removed loose and peeling paint.  Touched up upper and lower pylons white and black caution lines. | 7 | 98.00 | 686.00 |
| Maintenance<br>ITEM 13<br>#3 main wheel due overhaul.<br>#3 main wheel sent out for overhaul, received wheel overhaul and added to stock. | 1 | 98.00 | 98.00 |
| Maintenance<br>ITEM 14<br>RH wing strobe light inoperable.<br>Removed wing and lens cover, inspected bulb and contacts.  Flash tube looks worn.<br>Swapped power supply into position.  Operational check good.  Reassembled wing tip, placed parts on order.  Gained access to power supply.  Removed old strobe power supply from RH wing.  Installed new/overhauled strobe power supply and reinstalled access panel.<br>Gained access to RH wing strobe flash tube.  Installed new flash tube.  All operational check good.  Sealed access panels. | 9.50 | 98.00 | 931.00 |
| Parts - 60-2799-3<br>Power Supply OH/EX   S/N:  16516 | 1 | 1,302.95 | 1,302.95T |
| Shipping | 1 | 12.85 | 12.85T |
| Parts - 55-0221-1<br>Flashtube | 1 | 56.86 | 56.86T |
| Parts - CS3204 B-1/2   Sealant | 1 | 14.62 | 14.62T |
| Maintenance<br>ITEM 15<br>Leading edge seals peeling from left and right wing.<br>Removed loose seals and cleaned grooves.  Masked edge lines and applied sealant under pressure.  Removed masking, cleaned areas. | 3 | 98.00 | 294.00 |
| Parts - 157   Adhesive Silicone | 1 | 40.64 | 40.64T |
| Maintenance<br>ITEM 16<br>LH engine oiler inoperable.<br>Troubleshoot operational check of LH engine oiler.  Found switch in operable.  Ordered new switch.  Removed oiler handle, gained access to oiler switch on oiler valve.  Removed bad switch.  Cleaned area.  Soldered new wires on new switch.  Installed new switch in oiler valve body.  Made good connections to existing wires.  Closed valve body.  Reinstalled oiler handle.  Performed operational check good.  Filled LH engine oil. | 11.50 | 98.00 | 1,127.00 |
| Parts - 11TL1-7<br>Switch | 1 | 46.92 | 46.92T |
| Shipping | 1 | 14.21 | 14.21T |
| Maintenance<br>ITEM 17 | 4.50 | 98.00 | 441.00 |

Left and right lower wing in front of ailerons paint lifting.
Scrapped loose and peeling paint and neutralized skydrol seepage.  Cleaned and dried.
Applied topcoat to primed areas to match wing.

| | | | |
|---|---|---|---|
| Maintenance<br>ITEM 18<br>Lower wings need sealant around access panels.<br>Cleaned loose sealant, masked and applied on lower panels where required.  Removed<br>masking, faired sealant and cleaned area. | 3 | 98.00 | 294.00 |
| Parts - CS3204 B-1/2   Sealant | 2 | 14.62 | 29.24T |
| Maintenance<br>ITEM 19<br>30 day fire extinguisher inspection due.<br>Removed 1 cockpit and 2 cabin portable fire extinguishers.  Inspection and weight check<br>good.  Sign and updated tags, replaced in respective mounts | 1.50 | 98.00 | 147.00 |
| Maintenance<br>ITEM 20<br>Evidence of leak AFT of LH wing lower inboard fuel pump panel.<br>Retorqued circumference screws.  Cleaned perimeter and trail around suspected leakage<br>areas.  Operated fuel pumps and transferred to left wing.  Observed no further seepage.<br>Equalized wing fuel weight. | 2.50 | 98.00 | 245.00 |
| ITEM 21<br>04-30-21<br>Postflight fluids and pressure checks | 1.50 | 98.00 | 147.00 |
| O2 Service | 1 | 35.00 | 35.00T |
| ITEM 22<br>05-20-21<br>Postflight fluids and pressure checks | 2 | 98.00 | 196.00 |
| ITEM 23<br>05-24-21<br>Cleaned interior and exterior of aircraft as required | 2 | 49.00 | 98.00 |
| Serviced Lavatory | 1 | 35.00 | 35.00 |
| Consumables - 3% of Labor | 1 | 380.81 | 380.81T |

| | |
|---|---|
| SUBTOTAL | 14,807.67 |
| TAX | 126.83 |
| TOTAL | 14,934.50 |
| BALANCE DUE | **$14,934.50** |

**Airlink Aviation Group LLC**

6320 Highland Road
Waterford, MI  48327 US
248-886-8870
ap@airlinkgrp.com



## INVOICE

| BILL TO | | INVOICE | MX212189MT |
|---|---|---|---|
| Z-Integra Aircraft Sales LLC | | DATE | 06/30/2021 |
| 725 SE Riverside Drive | | TERMS | Due on receipt |
| Stuart, FL  34994 | | DUE DATE | 06/30/2021 |

| AIRCRAFT | WORK ORDER |
|---|---|
| N275MT | 2189-MT |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Maintenance<br>ITEM 1<br>06-01-21 thru 06-30-21<br>Aircraft records and navigation updates due.<br>Comply with aircraft records and compliance updates. | 4.25 | 49.00 | 208.25 |
| Maintenance<br>ITEM 2<br>Navigation updates due.<br>Comply with monthly navigation updates. | 2 | 98.00 | 196.00 |
| Maintenance<br>ITEM 3<br>Cargo door stow knob missing.<br>Researched parts and put on order.  Disassembled baggage door handle mechanism,<br>Reassembled in order with replacement parts.  Operational check good. | 6 | 98.00 | 588.00 |
| Parts - 64033LVM   Knob | 1 | 86.25 | 86.25T |
| Maintenance<br>ITEM 4<br>Exterior paint touch up.<br>Touched up paint where required with matching white topcoat, on sealant and bare areas of<br>wings, fuselage and tail. | 3.50 | 98.00 | 343.00 |
| Maintenance<br>ITEM 5<br>Oxygen system has slow bleed down.<br>Inspected found leak at fill valve.  Retorqued lines.  Removed O2 filler port, installed new filler<br>port serviced system.  Leak check good, operational check good.  Removed O2 filler port and<br>installed new filler port.  Serviced system, leak check good.  Operational checks good. | 6.50 | 98.00 | 637.00 |
| Parts - 170080-00<br>Oxygen Fill Valve | 1 | 471.50 | 471.50T |
| Shipping | 1 | 10.70 | 10.70T |

| | | | |
|---|---:|---:|---:|
| Maintenance<br>ITEM 6<br>WIFI inoperable.<br>Ran APU, tested WIFI connectivity.  Talked with GOGO Air and found activation of new unit was not transferred from old unit.  Retrieved serial number from new unit and supplied to GOGO.  They completed activation of unit and said it would take 24 hours for WIFI to work.  Conferred with pilot, operational check good in flight. | 6.50 | 98.00 | 637.00 |
| Maintenance<br>ITEM 7<br>Cabin and cockpit airflow low.<br>Ran aircraft APU, tested both packs.  Found crumpled ductwork on LH side panels under drink rails.  Reworked ductwork connections.  Reinstalled interior components. | 7.50 | 98.00 | 735.00 |
| Maintenance<br>ITEM 8<br>ADS heater control panel reset light inoperable.<br>Removed and replaced lamps.  Operational checks good. | 1 | 98.00 | 98.00 |
| Parts - GE327   Lamp | 2 | 0.32 | 0.64T |
| Maintenance<br>ITEM 9<br>Pilot's clock will not reset.<br>Removed unit to get part number.  Reinstalled.  Removed unit and installed new unit with battery.  Power on check good.  Set time. | 3.50 | 98.00 | 343.00 |
| Parts - 811-BATT<br>Davtron Clock Battery | 1 | 28.14 | 28.14T |
| Shipping | 1 | 23.89 | 23.89T |
| Maintenance<br>ITEM 10<br>Wing anti-ice isolation valve test fails thrust reverser test.<br>Reviewed system operation.  Completed wing anti-ice operational check with no defects.  Verified system test does not include thrust reverser test.  Broke down test of thrust reverser and verified system test does not include wing anti-ice.  Completed check according to Earl and found that wing anti-ice fail lights remain out while operating thrust reverser.  Wing anti-ice system operates normal.  Completed operational check. | 13.50 | 98.00 | 1,323.00 |
| Maintenance<br>ITEM 11<br>Forward baggage closeout carpet loose.<br>Removed closeout, glued velcro and re-adhered carpet.  Replaced in baggage compartment. | 1 | 98.00 | 98.00 |
| Maintenance<br>ITEM 12<br>LH rear cabin seat missing swivel handle.<br>Searched cabin and cockpit for missing handle, could not find.  Located stock material, took measurements of existing handle.  Duplicated from aluminum stock.  Primed and painted.  Installed on seat.  Operational check good | 7.50 | 98.00 | 735.00 |
| Parts - .375"  2024 T3 Aluminum  Foot | 3 | 12.70 | 38.10T |
| Maintenance<br>ITEM 13<br>LH engine 14th stage white indicator light inoperable.<br>Ran aircraft, cycled engine thrust reversers.  Verified problem.  Performed tests on lamps, wiring and valve. Determined valve needs replacing.  Removed and replaced LH 14th stage | 20 | 98.00 | 1,960.00 |

valve.  Completed operational check and leak check of valve.  System checks normal.
Installed heat shroud/blanket and F4 tape at connection junctions.

| | | | |
|---|---|---|---|
| Parts - 3289590-2<br>Bleed Air Shut Off Valve - OH/EX   S/N: 349 | 1 | 2,451.80 | 2,451.80T |
| Shipping | 1 | 60.81 | 60.81T |
| Parts - F4   High Temp Tape | 1 | 21.90 | 21.90T |
| Maintenance<br>ITEM 14<br>Davtron clock batteries need replacing for matched dates.<br>Removed clock and battery assembly from pilot side, installed new.  Removed RH Davtron<br>and inspected date. Dates match.  No new battery required.  Reinstalled all components<br>removed for access. Power on check good. | 1 | 98.00 | 98.00 |
| Parts - 811BFTR24<br>Davtron Clock | 1 | 515.82 | 515.82T |
| Shipping | 1 | 42.79 | 42.79T |
| Maintenance<br>ITEM 15<br>IRS blower fail light inoperable.<br>Removed lens cover, replaced bulbs, reinstalled.  Operational check good. | 1 | 98.00 | 98.00 |
| Parts - 6839  Bulbs | 4 | 0.70 | 2.80T |
| Maintenance<br>ITEM 16<br>Windshield no heat indicator inoperable.<br>Removed and replaced lamps and completed operational check indicator checks normal. | 1 | 98.00 | 98.00 |
| Parts - 387  Lamps | 4 | 0.32 | 1.28T |
| Maintenance<br>ITEM 17<br>Pilot flashlight holder/charger loose/broken.<br>Removed pilot flashlight holder and found bend in holder preventing flashlight from making<br>good contact with charging port.  Built stiffner plate to fit backing.  Attached and verified<br>flashlight plugs in and charges. | 3.50 | 98.00 | 343.00 |
| Maintenance<br>ITEM 18<br>Monthly cockpit and cabin portable fire extinguisher inspection due.<br>Complied with monthly cockpit and cabin portable fire extinguisher inspection.  No defects<br>noted. | 1 | 98.00 | 98.00 |
| Maintenance<br>ITEM 19<br>Baggage panels loose, need new velcro.<br>Removed loose velcro, replaced and re-glued where needed on several edges.  Reinstalled<br>into position in baggage areas. | 3 | 98.00 | 294.00 |
| ITEM 20<br>06-02-21<br>Postflight fluids and pressure checks | 1.50 | 98.00 | 147,00 |
| O2 Service | 1 | 35.00 | 35.00T |
| N2 Service | 1 | 35.00 | 35.00T |

| | | | |
|---|---|---|---|
| ITEM 21<br>06-07-21<br>Cleaned interior and exterior of aircraft as required | 3 | 49.00 | 147.00 |
| Serviced Lavatory | 1 | 35.00 | 35.00 |
| ITEM 22<br>06-14-21<br>Postflight fluids and pressure checks | 2 | 98.00 | 196.00 |
| O2 Service | 1 | 35.00 | 35.00T |
| N2 Service | 1 | 35.00 | 35.00T |
| ITEM 23<br>06-21-21<br>Postflight fluids and pressure checks | 2.50 | 98.00 | 245.00 |
| O2 Service | 1 | 35.00 | 35.00T |
| N2 Service | 1 | 35.00 | 35.00T |
| ITEM 24<br>06-22-21<br>Cleaned interior and exterior of aircraft as required | 3.50 | 49.00 | 171.50 |
| Serviced Lavatory | 1 | 35.00 | 35.00 |
| Consumables - 3% of Labor | 1 | 297.20 | 297.20T |

| | |
|---|---|
| SUBTOTAL | 14,170.37 |
| TAX | 255.82 |
| TOTAL | 14,426.19 |
| BALANCE DUE | **$14,426.19** |

**Airlink Aviation Group LLC**
8320 Highland Road
Waterford, MI  48327 US
248-886-8870
ap@airlinkgrp.com



## INVOICE

| BILL TO | | INVOICE | MX212207MT |
|---|---|---|---|
| Z-Integra Aircraft Sales LLC | | DATE | 07/31/2021 |
| 725 SE Riverside Drive | | TERMS | Due on receipt |
| Stuart, FL  34994 | | DUE DATE | 07/31/2021 |

| AIRCRAFT | WORK ORDER |
|---|---|
| N275MT | 2207-MT |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Maintenance<br>ITEM 1<br>07-01-21 thru 08-08-21<br>Aircraft records and compliance updates due.<br>Comply with aircraft records and compliance updates.  Review maintenance tracking, due list organized/filed ACFT books and spoke with FAA about 135 MEL. | 12.75 | 49.00 | 624.75 |
| Maintenance<br>ITEM 2<br>Navigation updates due July and August 2021.<br>Comply with monthly navigation updates. | 4 | 98.00 | 392.00 |
| Maintenance<br>ITEM 3<br>300 hour check list due.<br>Pulled paperwork and began inspection and lube items.  Complied with several airframe and powerplants items.  Inspected 300 hour checklist items. | 97 | 98.00 | 9,506.00 |
| Maintenance<br>ITEM 4<br>600 hour check list due.<br>Preparation for 600 hours inspection. | 9.50 | 98.00 | 931.00 |
| Maintenance<br>ITEM 5<br>1200 hour check list due.<br>Preparation for 1200 hour inspection, NDT and engine borescopes. | 3.25 | 98.00 | 318.50 |
| Maintenance<br>ITEM 6<br>#2 main wheel tire worn.<br>Jacked axel, removed wheel assembly and deflated tire.  Cleaned and greased axel and installed overhauled wheel assembly.  Torqued and saftied all hardware.  Serviced tire with nitrogen.  Down jacked aircraft. | 3 | 98.00 | 294.00 |

| | | | |
|---|---|---|---|
| Maintenance<br>ITEM 7<br>AD2021-07-13 Pacific Scientific Company Amend 39-21490 due.<br>Comply with AD2021-07-13 Pacific Scientific Company Amend 39-21490. | 1 | 98.00 | 98.00 |
| Maintenance<br>ITEM 8<br>GPWS wind shear, TERR inoperable light stays on.<br>Verified problems with system. Brought system up. Research and found location of EGPWS computer and gained access. While powered up, found that system green LED on. Powered up input systems and found that all lights went out and EGPWS bite test says no current faults. Cleaned EGPWS test switch in center panel and verified switch works properly. Closed up areas. | 8 | 98.00 | 784.00 |
| Maintenance<br>ITEM 9<br>RH ACM drain flexible drain line has split.<br>Removed upper end of drain line and adel clamp cluster. Cut off split portion of line. Reinstalled line and adjusted adel clamp cluster to maintain positive downward drainage. Torqued all hardware. | 2 | 98.00 | 196.00 |
| Maintenance<br>ITEM 10<br>#1 FMS WAAS fails both start up bite and continuous bite.<br>Troubleshot, powered up aircraft trying to duplicate problem. Could not duplicate. | 1 | 98.00 | 98.00 |
| Maintenance<br>ITEM 11<br>LH ACM red drain connector tube has leak.<br>Removed drain line assembly from LH ACM. Removed tube connector from upper portion and replaced with new. Reinstalled assembly on ACM and torqued all clamps. | 2 | 98.00 | 196.00 |
| Parts - 22018859-3  Tube Connector | 1 | 103.68 | 103.68T |
| Maintenance<br>ITEM 12<br>#2 main wheel due overhaul.<br>Sent out #2 main wheel for overhaul. Received and put into stock | 1 | 98.00 | 98.00 |
| Outside Maintenance<br>PN# 5009029-1<br>SN# JUN93-0663<br>Main Wheel Assy - Overhaul with new tire | 1 | 3,642.20 | 3,642.20 |
| Maintenance<br>ITEM 13<br>LH ACM intake pipe gasket broken.<br>Removed intake pipe sections. Measured to fit new gasket. Manufactured new gasket for section of pipe. Reinstalled pipe sections in LH ACM intake. | 3.50 | 98.00 | 343.00 |
| Maintenance<br>ITEM 14<br>LH ACM has damaged wiring at FWD side connector.<br>Completed wiring repair of several wires associated with LH ACM. | 1 | 98.00 | 98.00 |
| Maintenance<br>ITEM 15<br>6 month check list due.<br>Compiled work cards, complied with inspection items. no noted defects. | 7.50 | 98.00 | 735.00 |

| | | | |
|---|---|---|---|
| Maintenance<br>ITEM 16<br>ADG hydraulic pump low.<br>Serviced hydraulic pump to center of bullseye.  Reinstalled cap and saftied. | 1.50 | 98.00 | 147.00 |
| Hydraulic Fluid 5606 - Quart | 1 | 9.75 | 9.75T |
| Maintenance<br>ITEM 17<br>Radar ALT inoperable.<br>Need further information, completed press to test.  Operational check and display climbs as necessary.  Completed mock altitude advisory, C chord test and tone sounds at correct distances from displayed altitude.  Removed FWD and AFT RAD, ALT antennas and sealed.  Reattached connectors.  Found RAD ALT antenna installation broken. Removed antenna, broken screws and reinstalled FWD antenna with new hardware. | 10.75 | 98.00 | 1,053.50 |
| Maintenance<br>ITEM 18<br>Fuel spill from LH wing vent.<br>Read up on system.  Called Earl for description.  Gathered troubleshooting information between pilot and manuals.    Fueled aircraft, checked systems, could not duplicate. | 7.50 | 98.00 | 735.00 |
| Maintenance<br>ITEM 19<br>Portable fire extinguisher monthly inspection due, July 2021.<br>Complied with monthly portable cockpit and cabin fire extinguisher inspection.  No defects noted. | 1 | 98.00 | 98.00 |
| Maintenance<br>ITEM 20<br>HSTA brake functional test due.<br>Performed brake functional test. | 1 | 98.00 | 98.00 |
| Maintenance<br>ITEM 21<br>AOA functional check, left and right AOA linearity check due.<br>Performed recurring functional check of left and right transducers.  No defects noted. | 1 | 98.00 | 98.00 |
| Maintenance<br>ITEM 22<br>Parts -Bill Back For Core<br>Valve, Bleed Air<br>Parts - 3289590-2<br>SN: P-132 | 1 | 3,425.85 | 3,425.85T |
| ITEM 23<br>07-01-21<br>Cleaned interior and exterior of aircraft as required | 2.50 | 49.00 | 122.50 |
| Serviced Lavatory | 1 | 35.00 | 35.00 |
| ITEM 24<br>07-09-21<br>Postflight fluids and pressure checks | 1.50 | 98.00 | 147.00 |
| O2 Service | 1 | 35.00 | 35.00T |
| N2 Service | 1 | 35.00 | 35.00T |
| ITEM 25 | 2.50 | 49.00 | 122.50 |

07-03-21
Cleaned interior and exterior of aircraft as required

| | | | |
|---|---:|---:|---:|
| Serviced Lavatory | 1 | 35.00 | 35.00 |
| ITEM 26<br>07-12-21<br>Cleaned interior and exterior of aircraft as required | 2.50 | 49.00 | 122.50 |
| Serviced Lavatory | 1 | 35.00 | 35.00 |
| ITEM 27<br>07-19-21<br>Postflight fluids and pressure checks | 1.50 | 98.00 | 147.00 |
| O2 Service | 1 | 35.00 | 35.00T |
| N2 Service | 1 | 35.00 | 35.00T |
| Exxon 2380 - Quart | 1 | 22.08 | 22.08T |
| Cleaned interior and exterior of aircraft as required | 2.50 | 49.00 | 122.50 |
| Serviced Lavatory | 1 | 35.00 | 35.00 |
| ITEM 28<br>08-02-21<br>Postflight fluids and pressure checks | 1.50 | 98.00 | 147.00 |
| O2 Service | 1 | 35.00 | 35.00T |
| ITEM 29<br>08-06-21<br>Serviced Lavatory | 1 | 35.00 | 35.00 |
| ITEM 30<br>08-08-21<br>Cleaned interior and exterior of aircraft as required | 1 | 49.00 | 49.00 |
| Consumables - 3% of Labor | 1 | 652.17 | 652.17T |

| | |
|---|---:|
| SUBTOTAL | 26,127.48 |
| TAX | 263.31 |
| TOTAL | 26,390.79 |
| BALANCE DUE | **$26,390.79** |

**Airlink Aviation Group LLC**

6320 Highland Road
Waterford, MI  48327 US
248-886-8870
ap@airlinkgrp.com



## INVOICE

| BILL TO | | INVOICE | MX212229MT |
|---|---|---|---|
| Z-Integra Aircraft Sales LLC | | DATE | 08/31/2021 |
| 725 SE Riverside Drive | | TERMS | Due on receipt |
| Stuart, FL  34994 | | DUE DATE | 08/31/2021 |

| AIRCRAFT | WORK ORDER |
|---|---|
| N275MT | 2229-MT |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Maintenance<br>ITEM 1<br>08-01-21 thru 08-31-21<br>Aircraft records and compliance updates due.<br>Comply with aircraft records and compliance updates. | 1.25 | 49.00 | 61.25 |
| Maintenance<br>ITEM 2<br>Navigation updates due.<br>Comply with monthly navigation updates. | 2 | 98.00 | 196.00 |
| Maintenance<br>ITEM 3<br>#1 FMS WAAS fails both start up bite and continuous bite.<br>Reviewed system operations. Powered up aircraft to try and duplicate problem. Began swapping parts of the #1 FMS system with #2 FMS. Could not duplicate. Left #1 CDU in #2 position to see if problem reoccurs on other side. | 10 | 98.00 | 980.00 |
| Maintenance<br>ITEM 4<br>#3A hydraulic system leaked out of belly area.<br>Informed of situation and contact pilot for specifics. Coordinated tech at FTW for troubleshooting. Found pressure line had ruptured. Line is not listed in manual. Line is part of a KC aviation installation. Researched correct part number and/or material. Worked performed by outside labor. | 11 | 98.00 | 1,078.00 |
| Outside Maintenance<br>Troubleshot to pressure line with hole in it at the pump. Replaced hose part # AE246-6 AW KC aviation STC drawing 444-0990 Item 6 dated 07-29-87. Operational and leak check good. | 1 | 3,324.56 | 3,324.56 |
| Maintenance<br>ITEM 5<br>Remove WI-FI unit for upgrade.<br>Gained access in forward compartment. Removed unit. Capped and stowed plugs and | 0 | 98.00 | 0.00 |

wires.  Closed up access.  Research and locate ATG 5000 wire schematics for contact.
Installed by outside maintenance.   Ran aircraft and systems. Checked for WI-Fi signal in
cockpit and cabin.  Normal signal acquired.  Shut down aircraft.
LABOR PERFORMED ON INVOICE MX212171MT – SQUAWK #3,

| | | | |
|---|---|---|---|
| Outside Maintenance | 1 | 1,667.50 | 1,667.50 |
| Remove ATG 5000 and replace with ATG 2000 | | | |
| | | | |
| ITEM 6 | 2.50 | 49.00 | 122.50 |
| 08-11-21 | | | |
| Cleaned interior and exterior of aircraft as required | | | |
| | | | |
| Serviced Lavatory | 1 | 35.00 | 35.00 |
| | | | |
| ITEM 7 | 2.50 | 49.00 | 122.50 |
| 08-18-21 | | | |
| Cleaned interior and exterior of aircraft as required | | | |
| | | | |
| Serviced Lavatory | 1 | 35.00 | 35.00 |
| | | | |
| Consumables - 3% of Labor | 1 | 228.67 | 228.67T |

| | |
|---|---|
| SUBTOTAL | 7,850.98 |
| TAX | 13.72 |
| TOTAL | 7,864.70 |
| BALANCE DUE | **$7,864.70** |

**Airlink Aviation Group LLC**

6320 Highland Road
Waterford, MI  48327 US
248-886-8870
ap@airlinkgrp.com



## INVOICE

| BILL TO | | INVOICE | MX212246MT |
|---|---|---|---|
| Z-Integra Aircraft Sales LLC | | DATE | 09/30/2021 |
| 725 SE Riverside Drive | | TERMS | Due on receipt |
| Stuart, FL  34994 | | DUE DATE | 09/30/2021 |

| AIRCRAFT | WORK ORDER |
|---|---|
| N275MT | 2246-MT |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Maintenance<br>ITEM 1<br>09-01-21 thru 09-30-21<br>Navigation updates due.<br>Comply with monthly navigation updates. | 2 | 98.00 | 196.00 |
| Maintenance<br>ITEM 2<br>#2 main wheel due overhaul.<br>#2 main wheel sent out for overhaul.  Received and added to stock. | 1 | 98.00 | 98.00 |
| Parts - 5009029-1  S/N: JUN 93-0663 | 1 | 3,642.20 | 3,642.20T |
| Maintenance<br>ITEM 3<br>ADS-B not functioning.<br>Call from FAA about ADS-B not transmitting.  Last know broadcast 08-19-21.  Talked with D.O.O. about situation and corrective action. | 1.50 | 98.00 | 147.00 |
| Maintenance<br>ITEM 4<br>Air speed indication inoperable, clogged pitot.<br>Contract outside maintenance for cleaning and leak check of pitot static system. | 2 | 98.00 | 196.00 |
| Outside Maintenance<br>Cleaned and purged #1 and #2 pitot system.  Operational checks good. | 1 | 1,183.14 | 1,183.14 |
| Maintenance<br>ITEM 5<br>Collect and box up all records.<br>Received call at 2100 Tuesday to collect all records and documents to be loaded onto aircraft for 0630 departure. | 9 | 98.00 | 882.00 |
| Consumables - 3% of Labor | 1 | 81.06 | 81.06T |

| | |
|---|---:|
| SUBTOTAL | 6,425.40 |
| TAX | 223.40 |
| TOTAL | 6,648.80 |
| BALANCE DUE | **$6,648.80** |

**Airlink Aviation Group LLC**

6320 Highland Road
Waterford, MI  48327 US
248-886-8870
ap@airlinkgrp.com



## INVOICE

| BILL TO | | INVOICE | MG216462 |
|---|---|---|---|
| Z-Integra Aircraft Sales LLC | | DATE | 04/24/2021 |
| 725 SE Riverside Drive | | TERMS | Due on receipt |
| Stuart, FL  34994 | | DUE DATE | 04/24/2021 |

| AIRCRAFT | TRIP # |
|---|---|
| N275MT | 6462 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Pilot Service - Captain and First Officer - N275MT   PTK-CAD-HSV-PTK   04-23-21 | 1 | 1,950.00 | 1,950.00 |
| 992 Gallons Jet A @ PTK  04-23-21 | 992 | 3.3114012 | 3,284.91 |
| 125 Gallons Jet A @ HSV  04-23-21 | 1 | 786.75 | 786.75 |
| Landing/Parking Fee @ HSV  04-23-21 | 1 | 1,040.00 | 1,040.00 |
| Crew Meal Expense - Per Diem  04-23-21 | 1 | 130.00 | 130.00 |

Thank you for your business!

**BALANCE DUE**                          **$7,191.66**

**Airlink Aviation Group LLC**

6320 Highland Road
Waterford, MI  48327 US
248-886-8870
ap@airlinkgrp.com



## INVOICE

BILL TO
Z-Integra Aircraft Sales LLC
725 SE Riverside Drive
Stuart, FL  34994

| | |
|---|---|
| INVOICE | MG210421MT |
| DATE | 04/01/2021 |
| TERMS | Due on receipt |
| DUE DATE | 04/01/2021 |

AIRCRAFT
N275MT

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hanger Rent @ PTK - Challenger 601 - N275MT   April 2021 | 1 | 2,950.00 | 2,950.00 |
| Universal NAV Subscription Renewal   04-01-21/04-01-22 | 1 | 4,100.00 | 4,100.00 |
| | | PAYMENT | 6,819.20 |
| | | **BALANCE DUE** | **$230.80** |

**Airlink Aviation Group LLC**

6320 Highland Road
Waterford, MI  48327 US
248-886-8870
ap@airlinkgrp.com



## INVOICE

BILL TO
Z-Integra Aircraft Sales LLC
725 SE Riverside Drive
Stuart, FL  34994

| | |
|---|---|
| INVOICE | MG210521MT |
| DATE | 05/01/2021 |
| TERMS | Due on receipt |
| DUE DATE | 05/01/2021 |

AIRCRAFT
N275MT

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hanger Rent @ PTK - Challenger 601   May 2021 | 1 | 2,950.00 | 2,950.00 |
| Dyson vacuum for aircraft cleaning | 1 | 395.38 | 395.38 |
| | SUBTOTAL | | 3,345.38 |
| | TAX | | 0.00 |
| | TOTAL | | 3,345.38 |
| | BALANCE DUE | | **$3,345.38** |

**Airlink Aviation Group LLC**

6320 Highland Road
Waterford, MI  48327 US
248-886-8870
ap@airlinkgrp.com



## INVOICE

BILL TO
Z-Integra Aircraft Sales LLC
725 SE Riverside Drive
Stuart, FL  34994

AIRCRAFT
N275MT

| | INVOICE | MG210621MT |
| --- | --- | --- |
| | DATE | 06/01/2021 |
| | TERMS | Due on receipt |
| | DUE DATE | 06/01/2021 |

| DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| Hanger Rent @ PTK - Challenger 601   N275MT  June 2021 | 1 | 2,950.00 | 2,950.00 |

| | | |
| --- | --- | --- |
| SUBTOTAL | | 2,950.00 |
| TAX | | 0.00 |
| TOTAL | | 2,950.00 |
| BALANCE DUE | | **$2,950.00** |

**Airlink Aviation Group LLC**

6320 Highland Road
Waterford, MI  48327 US
248-886-8870
ap@airlinkgrp.com



# INVOICE

BILL TO
Z-Integra Aircraft Sales LLC
725 SE Riverside Drive
Stuart, FL  34994

| | |
|---|---|
| INVOICE | MG210721MT |
| DATE | 07/01/2021 |
| TERMS | Due on receipt |
| DUE DATE | 07/01/2021 |

AIRCRAFT
N275MT

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hanger Rent @ PTK - Challenger 601   N275MT  July 2021 | 1 | 2,950.00 | 2,950.00 |

| | |
|---|---|
| SUBTOTAL | 2,950.00 |
| TAX | 0.00 |
| TOTAL | 2,950.00 |
| **BALANCE DUE** | **$2,950.00** |

**Airlink Aviation Group LLC**

6320 Highland Road
Waterford, MI 48327 US
248-886-8870
ap@airlinkgrp.com



# INVOICE

| BILL TO | | INVOICE | MG210821MT |
|---|---|---|---|
| Z-Integra Aircraft Sales LLC | | DATE | 08/01/2021 |
| 725 SE Riverside Drive | | TERMS | Due on receipt |
| Stuart, FL 34994 | | DUE DATE | 08/01/2021 |

AIRCRAFT
N275MT

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hanger Rent @ PTK - Challenger 601  N275MT  August 2021 | 1 | 2,950.00 | 2,950.00 |

| | |
|---|---|
| SUBTOTAL | 2,950.00 |
| TAX | 0.00 |
| TOTAL | 2,950.00 |
| BALANCE DUE | **$2,950.00** |

**Airlink Aviation Group LLC**

6320 Highland Road
Waterford, MI  48327 US
248-886-8870
ap@airlinkgrp.com



## INVOICE

BILL TO
Z-Integra Aircraft Sales LLC
725 SE Riverside Drive
Stuart, FL  34994

AIRCRAFT
N275MT

| | | | | |
|---|---|---|---|---|
| INVOICE | MG210921MT |
| DATE | 09/01/2021 |
| TERMS | Due on receipt |
| DUE DATE | 09/01/2021 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hanger Rent @ PTK - Challenger 601   N275MT - September 2021 | 1 | 2,950.00 | 2,950.00 |

| | |
|---|---|
| SUBTOTAL | 2,950.00 |
| TAX | 0.00 |
| TOTAL | 2,950.00 |
| BALANCE DUE | **$2,950.00** |

**Airlink Aviation Group LLC**

6320 Highland Road
Waterford, MI  48327 US
248-886-8870
ap@airlnkgrp.com



## INVOICE

BILL TO
Z-Integra Aircraft Sales LLC
725 SE Riverside Drive
Stuart, FL  34994

AIRCRAFT
N275MT

| | | | |
|---|---|---|---|
| INVOICE | MG211021MT |
| DATE | 10/01/2021 |
| TERMS | Due on receipt |
| DUE DATE | 10/01/2021 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Hanger Rent @ PTK - Challenger 601   N275MT - October 2021 | 1 | 2,950.00 | 2,950.00 |
| Aircraft Insurance - N275MT<br>Policy No. GMO1282936301 | 1 | 16,465.00 | 16,465.00 |
| FAA Part 135 - Compliant Aircraft MEL | 1 | 2,125.00 | 2,125.00 |

| | |
|---|---|
| SUBTOTAL | 21,540.00 |
| TAX | 0.00 |
| TOTAL | 21,540.00 |
| BALANCE DUE | **$21,540.00** |